# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

Marilyn Kelly,
Chief Justice

137843

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                  SC: 137843
                                  COA: 287725
MICHAEL JOHN STUTZ,
        Defendant-Appellant.
                                  Oakland CC: 2008-008822-AR

_____/

      On order of the Court, the application for leave to appeal the October 15, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009                        _____
                                                 Clerk